NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-00093-HZ-2** |
| v. | **MOTION TO UNSEAL INDICTMENT AS TO NATHANIEL CHENEY ONLY** |
| **NATHANIEL CHENEY,** | |
| Defendant. | |

The United States of America hereby moves this Court for an order unsealing the indictment, arrest warrant, return and all other papers in the above-captioned case as to defendant, Nathaniel Cheney only. The United States had asked that the indictment, arrest

///

///

///

**Motion to Unseal Indictment as to Nathaniel Cheney**                                                          Page 1

warrant, and all other papers in this matter be filed under seal pending apprehension of the defendant. The arrest of Nathaniel Cheney has occurred and release of the indictment is necessary for arraignment and other court purposes.

Dated: April 9, 2024                    Respectfully submitted,

                                        NATALIE K. WIGHT
                                        United States Attorney


                                        */s/ Parakram Singh*
                                        PARAKRAM SINGH, OSB #134871
                                        Assistant United States Attorney