# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:24-cr-00093-HZ-2 |
| v. | **ORDER TO UNSEAL INDICTMENT AS TO NATHANIEL CHENEY ONLY** |
| **NATHANIEL CHENEY,** | |
| Defendant. | |

Upon the motion of the government,

IT IS HEREBY ORDERED that the indictment, arrest warrant, return and all other papers in this matter be unsealed and made public as to defendant, Nathaniel Cheney only.

Dated: April  9 , 2024

_____
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney