FILED12 MAR '24 16:30USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00093-HZ |
| v. | INDICTMENT |
| ▮▮▮▮▮▮▮▮▮▮ and NATHANIEL CHENEY | 18 U.S.C. § 1366(a); 18 U.S.C. § 1366(b) |
| Defendants. | Forfeiture Allegation |
| | <u>UNDER SEAL</u> |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Damage to Energy Facility)
(18 U.S.C. § 1366(a))

On or about November 24, 2022, in the District of Oregon, defendant ▮▮▮▮▮▮▮▮ knowingly and willfully damaged an energy facility of the United States, namely, the Ostrander Substation in Oregon City, which is a facility involved in the transmission, and distribution of electricity. In doing so, ▮▮▮▮▮▮ caused damages exceeding $100,000 and attempted to cause a significant interruption and impairment of the function of the energy facility.

In violation of 18 U.S.C. § 1366(a).

///

## COUNT 2
### (Damage to Energy Facility)
### (18 U.S.C. § 1366(a))

On or about November 28, 2022, in the District of Oregon, defendants ▓▓▓▓ ▓▓▓▓ and **NATHANIEL CHENEY** knowingly and willfully damaged an energy facility of the United States, namely, the Sunnyside Substation in Clackamas, which is a facility involved in the transmission, and distribution of electricity. In doing so, ▓▓▓▓ and **CHENEY** attempted to cause a significant interruption and impairment of the function of the energy facility.

In violation of 18 U.S.C. § 1366(a).

## COUNT 3
### (Damage to Energy Facility)
### (18 U.S.C. § 1366(b))

On or about November 28, 2022, in the District of Oregon, defendants ▓▓▓▓ ▓▓▓▓ and **NATHANIEL CHENEY** knowingly and willfully damaged an energy facility of the United States, namely, the Sunnyside Substation in Clackamas, which is a facility involved in the transmission, and distribution of electricity. In doing so, ▓▓▓▓ and **CHENEY** caused damages exceeding $5,000.

In violation of 18 U.S.C. § 1366(b).

## FORFEITURE ALLEGATION

Upon conviction of either offense in Count 1, 2, or 3, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds

///

///

///

obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: March _12_, 2024                                A TRUE BILL.

                                                       (OFFICIATING FOREPERSON)

Presented by:

NATALIE K. WIGHT
United States Attorney

_____
PARAKRAM SINGH, OSB#134871
Assistant United States Attorney