AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 11 APR '24 14:23 USDC-ORP

**ORIGINAL**

J.S. MARSHALS SERVICE
MAR 13 2024 13:44

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:24-cr-00093-HZ-2 |
| NATHANIEL CHENEY, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **NATHANIEL CHENEY**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Damage to Energy Facility

Date: 03/13/2024

City and State:  Portland, OR

s/S. Behrends
*Issuing officer's signature*

S. Behrends, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE  04/02/2024
ARRESTED BY  FBI (w/WA)
U.S. MARSHAL
BY  E. CATER  /s/

Date: _____

*Arresting officer's signature*

*Printed name and title*