UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>     Plaintiff,<br><br>v.<br><br>**NATHANIEL CHENEY, et al.**<br>     Defendant. | Case No.: 3:24–cr–00093–MTK<br><br>REVOCATION OF RELEASE AND DETENTION ORDER |

### Violation of Pretrial Release

After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the Court finds that:

**(1)**   ☐   There is probable cause to believe Defendant Nathaniel Cheney has committed a federal, state, or local crime while on release and has not rebutted the presumption that Defendant's release will endanger another or the community, *or*

☐   There is clear and convincing evidence that the defendant has violated another condition of release, *or*

☑   The defendant stipulates that Defendant violated a condition of release, *and*

**(2)**   ☐   based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that Defendant Nathaniel Cheney will not flee or pose a danger to the safety of another person or the community, *or*

☑   the defendant is unlikely to abide by any condition or combination of conditions of release.

THEREFORE, pursuant to 18 U.S.C. § 3148, the Court revokes the defendant's order of release and detains the defendant.

**DATED** this 4th day of November, 2025         /s/Mustafa T. Kasubhai

                                                                                Honorable Mustafa T. Kasubhai
                                                                                United States District Judge.