SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**GEOFFREY A. BARROW**
Geoffrey.Barrow@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:24-cr-00093-MTK-2 |
| v. | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **NATHANIEL CHENEY,** | |
| **Defendant.** | |

Defendant Nathaniel Cheney caused substantial damage to a power substation that is part of the nation's critical energy grid. His actions resulted in approximately $26,000 in damages and disrupted power to 6,337 customers. Defendant has a significant criminal history, and he performed poorly on pretrial release which resulted in revocation of his pretrial release.

For all the reasons set forth herein, the government recommends a sentence of 18 months' imprisonment followed by a three-year period of supervised release and a $100 special assessment.

I.      **Factual Background**

   A.  **The Offense Conduct**

The Presentence Investigation Report (PSR) accurately summarizes the offense conduct in paragraphs 18 through 30, which are incorporated herein by reference.

The government's investigation began in November of 2022, following multiple instances involving physical attacks on electrical power substations in Washington and Oregon. These attacks resulted in significant property loss and frequently resulted in power outages impacting thousands of customers.

On November 28, 2022, at approximately 12:49 am, Nathaniel Cheney and co-defendant Zachary Rosenthal cut the perimeter fence of a power substation on Sunnyside Road in Clackamas, Oregon. Cheney broke into and entered the substation control house and proceeded to damage electrical components used to control the substation:



Figure 1- Hole in Substation Perimeter Fence

**Government's Sentencing Memorandum**                                                                 **Page 2**



Figure 2- Damages to Substation Electronic Equipment

Damage to the substation resulted in the loss of power to 6,337 customers. The attack also caused $26,000 in damage to substation equipment owned and operated by Portland General Electric.

Surveillance video from a nearby business showed two suspects approaching the substation at the time of the incident. Investigators obtained legal process that established that approximately one hour before the incident, Cheney searched Google Maps for directions to a property adjacent to the substation. That same evening, he shared his location with defendant Rosenthal's cellphone. Location information showed that Cheney's cell phone was in the vicinity of the Sunnyside Road substation at the time of the attack. Investigators were also able to determine that a Toyota Camry used by co-defendant Rosenthal was in the vicinity of the Sunnyside Road substation at the time of the attack. Additional evidence linked co-defendant Rosenthal to other electrical substation attacks which were often damaged in a similar manner.

B.  The Charges

On March 12, 2024, defendant and co-defendant Rosenthal were charged by indictment in the District of Oregon. Defendant is charged in Count 2 with Damage to an Energy Facility in

**Government's Sentencing Memorandum**                                                                                                           **Page 3**

violation of 18 U.S.C. § 1366(a) and in Count 3 with Damage to an Energy Facility in violation of 18 U.S.C. § 1366(b). Both counts involve the Sunnyside Road substation in Clackamas.

### C. Defendant's Criminal History and Compliance with Release Conditions

Defendant has a lengthy criminal history that spans his adult life. His prior convictions include multiple burglary and drug offenses. His total criminal history score is 16, placing him in criminal history category VI.

On April 2, 2024, defendant was arrested in the Western District of Washington. He was released on bond. On April 10, 2024, he made an initial appearance in the District of Oregon and was released on conditions. On September 19, 2024, defendant absconded from pretrial supervision. He was arrested on November 12, 2024, and sentenced to 18 months' imprisonment for Burglary II, Theft I, and felony possession of a controlled substance in Lewis County, Washington. His federal supervision was revoked.

## II. Plea Agreement and Guidelines Computations

On November 4, 2025, defendant pleaded guilty to Count 3 of the Indictment.

The sentencing guidelines are accurately set forth in paragraphs 37 through 45 of the PSR.

## III. Argument

### A. Government's Recommended Sentence

Pursuant to the plea agreement and applicable advisory sentencing guidelines, the government recommends a sentence of 18 months' imprisonment followed by a three-year period of supervised release. An 18-month prison is warranted based on defendant's conduct in this case which caused significant loss to the victim utility company and disrupted the lives of more than 6,000 customers.

### B. Restitution and Forfeiture

Pursuant to 18 U.S.C. § 3663A, the government seeks an order of restitution in the amount of $26,000. As set forth above, defendant was responsible for causing $26,000 in damage to equipment owned and operated by Portland General Electric. Payment should be made to Portland General Electric at Portland General Electric, Attn: PGE Physical Security, 121 SW Salmon Street, Portland, Oregon 97204

There are no outstanding forfeiture issues.

### IV. Conclusion

For the above reasons, the government respectfully recommends the Court impose a sentence of 18 months' imprisonment followed by a three-year period of supervised release and a $100 fee assessment.

Dated: February 11, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

s/ *Geoffrey A. Barrow*
GEOFFREY A. BARROW
Assistant United States Attorney